## EFFECT OF THE AMENDMENT RELATING TO BILLS OF EXCEPTIONS.

PITTSBURG COAL CO. v. THE YOUGHIOGHENY & OHIO COAL CO. ET AL.

Decided, May 12, 1903—68 Ohio State, p. 378.

*Bill of Exceptions—When to be Presented for Allowance—Sections 5301 and 5302, Revised Statutes—Sections as to Allowance Amended— Effect of Amendment on Bills Respectively Before and After Amendment.*

Bills of exceptions as to trials and judgments before January 2, 1903, were required to be prepared and allowed under Sections 5301 and 5302, Revised Statutes, as these sections stood before the amendment thereof, October 22, 1902, but as to judgments rendered after January 1, 1903, the bills of exceptions must be prepared and allowed as prescribed in said amendment of those sections.

Error to the Circuit Court of Cuyahoga County.

The defendants in error made a motion to strike the bill of exceptions from the files. The cause was tried in the circuit court on appeal and judgment rendered late in the month of December, 1902. A bill of exceptions was allowed after January 1, 1903, under Sections 5301 and 5302, Revised Statutes, as they stood before the amendment of those sections, October 22, 1902. The defendants in error claimed that the bill of exceptions should have been allowed under those sections as amended. The bill of exceptions is conceded to have been properly allowed if controlled by the sections before amendment.

*Wilcox, Collister, Hagan & Parmeley* and *Goulder, Holding & Masten,* for plaintiff in error.

*Hoyt, Dustin & Kelly* and *Williamson, Cushing & Clarke,* for defendants in error.

BY THE COURT.

BURKET, C. J.; SPEAR, DAVIS, SHAUCK, PRICE and CREW, JJ., concur.

Section 2 of the act of October 22, 1902, amending Sections 5301 and 5302, Revised Statutes, provides that the act shall be held to apply after January 1, 1903, to all pending cases, and repeals those sections, and Section 3 of the act provides that it shall

take effect and be in force from and after its passage. In view of Section 79, Revised Statutes, and the holdings of this court as to the effect of repealing sections, where the new act is invalid, it must follow that the repealed sections were applicable to and controlled until the new sections became applicable after January 1, 1903, and that as to all trials and judgments before January 2, 1903, the bill of exceptions has to be prepared and allowed under said Sections 5301 and 5302, as they stood before said amendment, and that as to all judgments rendered after January 1, 1903, the sections as amended were and are applicable and controlling.

*Motion overruled.*